UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY MURDOCK,

          Plaintiff,

v.

TRINITY SERVICES GROUP,
HUNT, DEBRA AUSDEMORE,
RICHARD MESSER,
HANKS, MCLAIN, MDOC,
BILLINGS and DEPLEY,

          Defendants.
_____/

Case No. 5:17-cv-11803
District Judge Judith E. Levy
Magistrate Judge Anthony P. Patti

# ORDER DENYING MDOC DEFENDANTS AUSDEMORE AND MESSER'S DECEMBER 6, 2017 MOTION TO SEVER BASED ON MISJOINDER OF PARTIES AND CLAIMS (DE 21)

This case has been referred to me to conduct pretrial matters. Currently before the Court is MDOC Defendants Ausdemore and Messer's December 6, 2017 motion to sever based on misjoinder of parties and claims. (DE 21.) Plaintiff filed a response, and a hearing was noticed for April 17, 2018. (DEs 22, 23.)

On the date set for hearing, attorney Kevin M. Carlson appeared on Plaintiff's behalf, Assistant Attorney General Douglas G. Powe appeared on behalf of the movants, and attorney John W. Martin, Jr. appeared on behalf of Trinity Services Group. Having heard the oral argument of counsel for the movants and respondent, the Court finding that none of the Plaintiff's claims appear to be

1

frivolous, and for the multiple reasons stated on the record, all of which are incorporated herein by reference, the motion to sever based on misjoinder of parties and claims (DE 21) is **DENIED**.

 **IT IS SO ORDERED**.

Dated: April 17, 2018   s/Anthony P. Patti
            Anthony P. Patti
            UNITED STATES MAGISTRATE JUDGE

**Certificate of Service**

I hereby certify that a copy of the foregoing document was sent to parties of record on April 17, 2018, electronically and/or by U.S. Mail.

            s/Michael Williams
            Case Manager for the
            Honorable Anthony P. Patti